# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

Katchatag,  
v.  
S.o.A., Dep't. of Corr.  
D.o.C. Commissioner, N.D.  
Deputy Commissioner, J.H.  
Superintendent:  
James Milburn,  
A. Hernandez,  
Lieutenant Superintendent:  
B. Stapleton,  
R. Von Borstel,  
Staff Sergeant(s):  
J. Brown, R. Van Eck  
D. Brueckner, Mushett  
Security Sergeant(s):  
D. Barmer, P.O.'s: B. Thompson,  
L. Deboard, Stebbins,  
Mental Health Clinician:  
T. Hendricks-Becker,

(New Filing) **PRISONER'S FIRST COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. JURISDICTION

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. PARTIES

1.) <u>Plaintiff</u>: This complaint alleges that the civil rights of: <u>Raymond C. Katchatag,</u> who presently resides at: <u>Anchorage Correctional Complex-East</u>, were violated by the actions of the individual(s) named below:

2.) <u>Defendents</u>:

Defendent No.1, <u>Nancy Dahlstrom</u>, is a citizen of: <u>Alaska</u>, and was employed as the: <u>Dep't. of Corr.-Commissioner,</u> but now is the: <u>Lieutenant Governor.</u>

_X_ This defendant personally participated in causing my injury, and I want money damages.

and/or

_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to do something).

Defendent No. 2, <u>Jeremy Hough</u>, is a citizen of: <u>Alaska</u>, and is employed as the <u>D.O.C.-Deputy Commissioner.</u>

_X_ This defendant personally participated in causing my injury, and I want money damages.

and/or

_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to do something).

·Defendent No. 3, <u>James Milburn</u>, is a citizen of: <u>Alaska</u>, and is employed as the current: <u>Superintendent III for the Spring Creek Correctional Center (S.C.C.C.).</u>

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

_X_ This defendant personally participated in causing my injury, and I want money damages.

and/or

_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to do something).

·Defendent No. 4, <u>A. Hernandez</u>, is a citizen of: <u>Alaska</u>, and was employed as the

the: Superintendent III at the S.C.C.C. , when the violations occurred.
_X_ This defendant personally participated in causing my injury, and I want money damages.
and/or
_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to do something).
•Defendant No. 5, B. Stapleton , is a citizen of: Alaska , and was employed as the: Lieutenant Superintendent III at the S.C.C.C., when the violations occurred.
_X_ This defendant personally participated in causing my injury, and I want money damages.
and/or
_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to do something).
•Defendant No. 6, R. Von Borstel , is a citizen of: Alaska , and was employed as the: Lieutenant Superintendent III at the S.C.C.C., when the violations occurred.
_X_ This defendant personally participated in causing my injury, and I want money damages.
and/or
_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to do something).
•Defendant No. 7, J. Brown , is a citizen of: Alaska , and is employed as the: Assistant Superintendent III at the S.C.C.C., but was the Staff Sergeant.
_X_ This defendant personally participated in causing my injury, and I want money damages.
and/or
_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to do something).
•Defendant No. 8, D. Brueckner , is a citizen of: Alaska , and is employed as a: Staff Sergeant , at the S.C.C.C..
_X_ This defendant personally participated in causing my injury, and I want money damages.
and/or
_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to do something).
•Defendant No. 9, D. Barmer , is a citizen of: Alaska , and was employed at: S.C.C.C., when the violations occurred.
_X_ This defendant personally participated in causing my injury, and I want money damages.
and/or
_X_ The policy or custom of this official's government agency violates my rights,

and I seek injunctive relief (to stop or require someone to do something).
- Defendent No. 10, L. Deboard, is a citizen of: Alaska, and is employed at the: S.C.C.C. as the current Security Sergeant.

_X_ This defendent personally participated in causing my injury, and I want money damages.

and/or

_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to do something).
- Defendent No. 11, Stebbins, is a citizen of: Alaska, and is employed at the: S.C.C.C. as the current Segregation Probation Officer.

_X_ This defendent personally participated in causing my injury, and I want money damages.

and/or

_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to do something).
- Defendent No. 12, B. Thompson, is a citizen of: Alaska, and is employed at the: S.C.C.C. as a Institutional Probation Officer.

_X_ This defendent personally participated in causing my injury, and I want money damages.

and/or

_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to do something).
- Defendent No. 13, T. Hendricks-Becker, is a citizen of: Alaska, and was employed at the: S.C.C.C. as the lead Mental Health Clinician.

_X_ This defendent personally participated in causing my injury, and I want money damages.

and/or

_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to do something).

C. CAUSES OF ACTION

Claim 1: On or about: 7/21/2020-6/17/23, my civil right to: freedom from cruel and unusual punishment, was violated by: all the Defendent's listed in Parties:
Through the imposition of an Individualized Determination Restriction: "No contact with any female staff outside of an emergency situation." The Defendent's kept this Individualized Determination Restriction in place longer than the 30 days that they are to be imposed by D.o.C. policy.

Claim 2: On or about: 7/6/2021-6/17/2023, my civil right to: freedom from staff retaliation, was violated by: all the Defendent's listed in Parties:
Through the continued imposition of the (I.D.R.) Individualized Determination Restriction of: "No contact with any female staff outside of an emergency situation." they kept this I.D.R. in place than the 30 days that policy states they are to

- Defendent No. 14, R. Van Eck , is a citizen of: Alaska , and is employed as the Segregation Staff Sergeant for the S.C.C.C. .

_X_ This defendent personally participated in causing my injury, and I want money damages.

and/or

_X_ The policy or custom of this official's government agency violates my rights, and I seek injuctive relief (to stop or require someone to do something).

- Defendent No. 15, Mushett , is a citizen of: Alaska , and is employed as the Segregation Staff Sergeant for the S.C.C.C. .

_X_ This defendent personally participated in causing my injury, and I want money damages.

and/or

_X_ The policy or custom of this official's government agency violates my rights, and I seek injuctive relief (to stop or require someone to do something).

- Defendent No. 16, B. Thompson , is a citizen of: Alaska , and is employed as an: Institutional Probation Officer .

_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to do something).

and/or

XXXXXXXXXXXXXXXXXXXXXXX

_X_ This defendent personally participated in causing my injury, and I want money damages.

- Defendent No. 17, Stebbins , is a citizen of: Alaska , and is employed as the: Segregation Probation Officer at the S.C.C.C. .

_X_ This defendent personally participated in causing my injury and I want money damages.

and/or

_X_ The policy or custom of this official's government agency violates my rights, and I seek injunctive relef (to stop or require someone to do something).

Claim 3: On or about: 7/06/2021-6/17/2023 , my civil right to: freedom from cruel and unusual punishment , was violated by: all the Defendent's listed in Parties: Through the imposition of an I.D.R. called: "Telephone PAN list only," through claiming I was making harassing phone calls.

Claim 4: On or about: 7/06/2021-6/17/2023 , my civil right to: Freedom from staff retaliation , was violated by: all the Defendent's listed in Parties: Through the imposition of an I.D.R. called: "Telephone PAN list only," by keeping it in place long after the 30 day time limit.

Claim 5: On or about: 11/16/2021-6/17/2023 , my civil right to: Freedom from staff retaliation , was violated by: all the Defendent's listed in Parties. Through the imposition of an I.D.R. called: "Officer present during non-security staff contacts," for the misuse of writing to a female nurse, when there is a specific I.D.R. for such an occurence called: "No Paper I.D.R.."

Claim 6: On or about: 11/16/2021-6/17/2023 , my civil right to: Freedom from cruel and unusual punishment , was violated by: all the Defendent's listed in Parties. Through the imposition of an I.D.R. called: "Officer present during non-security staff contacts," for the misuse of writing to a female nurse, when there is a specific I.D.R. for such an occurence called: "No Paper I.D.R.,".

Claim 7: On or about: 11/16/2021-6/17/2023 , my civil right to: Freedom from staff retaliation , was violated by all the: Defendent's listed in Parties: Through the imposition of an I.D.R. called: "Window Covering at pill pass," for having written to a nurse through the medical R.F.I. (Request for Interview) forms.

Claim 8: On or about: 11/16/2021-&& 6|17|2023 , my civil right to: Freedom from cruel and unusual punishment , was violated by: all the Defendent's listed in Parties: Through the imposition of an I.D.R. called: "Window Covering at pill pass," for having written to a nurse through the medical R.F.I. forms.

Claim 9: On or about: 9|7|2022-6|17|2023 , my civil right to: Freedom from staff retaliation , was violated by: all the Defendent's listed Parties: Through the imposition of an I.D.R. called: "Window covering while females in House 1," claiming that I was masturbating completed naked. [I was found guilty within the institution, this is in appeal with the Superior Court as an Administrative Appeal, and have yet gone to trial in criminal court (I'm not guilty)].

Claim 10: On or about: 9|7|2022-6|17|2023 , my civil right to: Freedom from cruel and unusual punishment, was violated by: all the Defendent's listed in Parties. Through the imposition of an I.D.R. called: "Window covering while females in House 1," claiming that I was masturbating completed naked while in my cell. [This is on administrative appeal with the Superior Court and still fighting it in the Criminal Court].

Claim 11: On or about: 2|15|2023-6|17|2023 , my civil right to: Freedom from staff retaliation , was violated by: all the Defendent's listed in Parties:

Through the imposition of an I.D.R. called: "72 hour shower," for allegedly having exposed myself while in the shower. This is also on administrative appeal with the Superior Court.

Claim 12: On or about: 2|15|2023-6|17|2023 , my civil right to: Freedom from cruel and unusual punishment , was violated by: All the Defendent's listed in Parties: Through the imposition of an I.D.R. called: "72 hour shower," for allegedly having exposed myself while in the shower.

Claim 13: On or about: 2|15|2023-6|17|2023 , my civil right to: Freedom from staff retaliation , was violated by: all the Defendent's listed in Parties: Through the imposition of an I.D.R. called: "Shower after 1830 (6:30 p.m.)," for having allegedly exposed myself while in the shower.

Claim 14: On or about: 2|15|2023-6|17|2023 , my civil right to: Freedom from cruel and unusual punishment , was violated by: All the Defendent's listed in Parties. Through the imposition of an I.D.R. called: "Shower after 1830 (6:30 p.m.)," for having allegedly exposed myself while in the shower.

Claim 15: On or about: 5|26|2023-6|17|2023 , my civil right to: Freedom from staff retaliation , was violated by: all the Defendent's listed in Parties: Through imposing an I.D.R. called: "Recreate after 1800 (6:00 p.m.)," as they claim females frequent the housing unit allegedly.

Claim 16: On or about: 5|26|2023-6|17|2023 , my civil right to: Freedom from cruel andunusual punishment , was violated by: all the Defendent's listed in Parties: Through the imposing an I.D.R. called: "Recreate after 1800 (6:00 p.m.)," as they claim females frequent the housing unit allegedly.

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? __x__ Yes ____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): 1st Katchatag v. S.o.A., D.o.C.  |  2nd Katchatag & Frederick v. S.o.A., D.o.C.

Defendant(s): _____

Name and location of court: Juneau Courts - Civil P.O. Box 114100 Juneau, AK-99801-

Docket number: 1st 1JU-22-658   2nd 1JU-22-704   Name of judge: Marianna Carpeneti

Approximate date case was filed: both were sometime in 2022   Date of final decision: both were sometime in 2024

Disposition: ____ Dismissed  _x_ Appealed  ____ Still pending

Issues Raised: Denial of Access to Courts for the 1st & Inhumane Conditions of Confinement

b. <u>Lawsuit 2</u>:

Plaintiff(s): Katchatag

Defendant(s): S.o.A., D.o.C.

Name and location of court: U.S. Federal Court, 222 W. 7th Ave. #2, Anch., AK-99513-

Docket number: 1:23-cv-00003   Name of judge: Sharon L. Gleason

Approximate date case was filed: sometime in 2023   Date of final decision: _____

Disposition: ____ Dismissed  ____ Appealed  _x_ Still pending

Issues Raised: Denial of Medical Care

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

____ Yes  _x_ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** _____ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

F. REQUESTED RELIEF:

Plaintiff request that the Court grant the following relief:

1.) Declare that the Defendent's each violated my U.S. Constitutional Rights while acting the color of State law;

2.) That each Defendent shall be held liable individually separate from there jobs as correctional officers. They knew of the of the problem and through there deliberate actions in the continued imposition of the individualized determination restrictions made the situation worse. These Defendent's must be punished in a way that encourages others in their position to act better; that the supervisor's, who were made aware of these problems, had a duty to act and protect the plaintiff's rights they chose not to, they, too, must be punished in a way that encourages others to protect people in their care; last while the State Agency and the State itself cannot be monetarily punished for the actions of its employees, there can be, however, Orders and iinstructions specifically designed to enjoin, prevent, and protect the people who are placed into the care of these State Agencies, and the State itself.

3.) The damages sought are in $500. per violation,per person, per day.

4.) An Order requiring the Defendent's to record the Individualized Determination Restriction hearings so that they shall be appealable to the State Superior Court.

5.) That the Court deems any other Relief and/or Orders that are viable to the Plaintiff.

6.) Plaintiff, does not request a Jury trial.

DECLARATION UNDER PENALTY OF PERJURY:

The undersigned declares under penalty of perjury that he is the Plaintiff in the above action, that he has read theabove civil rights complaint and that the information contained in the complaint is true and correct. Executed at the Anchorage Correctional Complex -East, 1400 East 4th Avenue, Anchorage, Alaska 99501; on: 6/09/2024.

_____
signature

Raymond C. Katchatag #494062